IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | | |
|---|---|---|
| AHDAHMEEAH ALI-BEY, | : | |
| Plaintiff, | : | Civil No. 08-2699 (RBK) |
| v. | : | **ORDER** |
| TOWNSHIP OF VOORHEES POLICE DEPARTMENT, et al., | : | |
| Defendants. | : | |

THIS MATTER having come before the Court upon its own motion; and

IT APPEARING TO THE COURT that this Court sent Plaintiff a letter on June 2, 2008, requiring Plaintiff to submit a filing fee or an application to proceed *in forma pauperis* within 30 days, under pain of dismissal; and

IT FURTHER APPEARING TO THE COURT that Plaintiff failed to submit either the filing fee or the application to proceed *in forma pauperis* within the time allowed;

IT IS HEREBY **ORDERED** that this case be **DISMISSED** without prejudice.


Dated:   8/28/08                             /s/ Robert B. Kugler
                                             ROBERT B. KUGLER
                                             United States District Judge